# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Roy, Joseph Leonard | Docket No. | 0980 1:21CR02006-SAB-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Joseph Leonard Roy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 11th day of February 2021, under the following conditions:

Special condition #9: Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office to include carrying a device through Smart Start agency that will alert the defendant when he must give a Breathalyzer test. Testing is limited to six times per day. To be set up and paid for by the defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Mr. Roy is in violation of his pretrial release conditions by failing to submit to his portable Breathalyzer test on April 3, 2021, between 1 p.m. and 2 p.m.

Conditions of release were reviewed and signed by Mr. Roy on February 12, 2021, acknowledging an understanding of his pretrial release conditions including special condition number 9.

On April 3, 2021, this officer received a report via email from Smart Start, the portable Breathalzyer testing program Mr. Roy is participating in, advising he failed to submit to his required test as scheduled between 1 p.m and 2 p.m. This officer made several attempts to contact Mr. Roy via his cellular telephone asking why he missed his test. Mr. Roy eventually responded to this officer and stated he submitted his test and this officer needs to "review the report." I confirmed, via the Smart Start report, he did not submit to his required test. This officer also texted Mr. Roy a copy of the report. Mr. Roy stated he does not feel he needs his Breathalyzer machine as he has "no need to drink." Mr. Roy also stated he cannot afford the program or the machine. This officer encouraged Mr. Roy to speak with his attorney regarding this. This officer reminded Mr. Roy he is required to submit to his daily tests and the device shows him the times when his tests are due. This officer also advised Mr. Roy he needs to keep the device near him at all times so he can hear the alerts for testing. Mr. Roy submitted a test between 6 p.m. and 7 p.m. on April 3, which to his credit, tested negative.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 04/05/2021

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

Re: Roy, Joseph Leonard
March 19, 2021
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

4/5/2021
_____
Date