Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 12 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH LEONARD ROY,<br><br>Defendant. | No. 1:21-CR-02006-SAB-1<br><br>SUPERSEDING INDICTMENT<br><br>Vio:  18 U.S.C. §§ 1153, 2241(c):<br>       Aggravated Sexual Abuse<br>       (Count 1)<br><br>18 U.S.C. §§ 1153, 2241(c):<br>Aggravated Sexual Abuse<br>(Count 2) |

The Grand Jury charges:

COUNT 1

Between on or about August 17, 2017, and on or about August 17, 2018, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, JOSEPH LEONARD ROY, an Indian, did knowingly engage in a sexual act and attempt to engage in a sexual act with Minor 1, to wit, the intentional touching, not through the clothing, of the genitalia of Minor 1, a minor who had not attained the age of

SUPERSEDING INDICTMENT – 1

12 years, and such touching was done with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 1153, 2241(c).

## COUNT 2

Between on or about May 8, 2017, and on or about May 8, 2018, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, JOSEPH LEONARD ROY, an Indian, did knowingly engage in a sexual act and attempt to engage in a sexual act with Minor 2, to wit, the intentional touching, not through the clothing, of the genitalia of Minor 2, a minor who had not attained the age of 12 years, and such touching was done with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 1153, 2241(c).

DATED this 12th day of May, 2021.

A TRUE BILL

Joseph H. Harrington
Acting United States Attorney

*(signature)*

Thomas J. Hanlon
Supervisory Assistant United States Attorney

*(signature)*

Michael D. Murphy
Assistant United States Attorney

SUPERSEDING INDICTMENT – 2