# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | ROY, Joseph Leonard | Docket No. | 1:21CR02006-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Joseph Leonard Roy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 12th day of February 2021, under the following conditions:

**Special Condition #12 (ECF. 21):** Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

Violation #1: Mr. Roy is alleged to be in violation of his pretrial release conditions by deviating from his approved leave schedule on July 3, 2021.

On February 12, 2021, Mr. Roy signed his conditions of pretrial release acknowledging an understanding of his requirements to include special condition number 12.

On July 2, 2021, this officer spoke with Mr. Roy via telephone. He requested to leave his home on Saturday, July 3, 2021, to cash his per capita check at Yakama Nation Legends Casino in Toppenish, Washington, then drive to Yakima, Washington, make a car payment and go to Walmart, on East Yakima Avenue. Mr. Roy's schedule was approved.

On July 4, 2021, this officer reviewed Mr. Roy's daily activity for July 3, 2021, via the B.I. Total Access program. This officer observed Mr. Roy did go to the approved locations; however, he made additional stops that were not approved.

At approximately 12:30 p.m. Mr. Roy was observed at Yakamart (convenience store) in Toppenish. At 1:30 p.m. Mr. Roy was observed at a private residence located at 414 South Alder Street in Toppenish. He was then observed at Safeway in Toppenish, followed by the Toppenish Flea Market between 3 and 3:30 p.m.

On July 6, 2021, this officer spoke with Mr. Roy via telephone about the above-noted deviations. Mr. Roy admitted he went to his niece's house (414 South Alder Street) to check his mail. He admitted he went to the Toppenish Flea Market to purchase fireworks, he went to Yakamart, to get gas and he went to Safeway to purchase food. This officer questioned Mr. Roy about deviating to Safeway, as he specifically requested to go to Walmart, in Yakima for food shopping. Mr. Roy stated he had to get dog food.

Mr. Roy was admonished surrounding the above deviations. He was reminded while under home detention with location monitoring, all leave requests and locations must be pre-approved. Mr. Roy advised he would not deviate again from his approved leave schedule.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 07/06/2021

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

7/7/2021

Date