PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 3 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.    ROY, Joseph Leonard    Docket No.    1:21CR02006-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Joseph Leonard Roy, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the Court at Yakima, Washington, on the 12th day of February 2021, under the following conditions:

**Special Condition #12 (ECF. 21):** Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Violation #1: Mr. Roy is alleged to be in violation of his pretrial release conditions by deviating from his approved leave schedule on January 1, 2022.

On February 12, 2021, Mr. Roy signed his conditions of pretrial release acknowledging an understanding of his requirements to include special condition number 12.

On December 27, 2021, this officer made telephone contact with Mr. Roy to obtain his location monitoring schedule requests. Mr. Roy provided a schedule for December 27, 2021, through January 3, 2022, which this officer entered into the B.I. Total Access program. Mr. Roy requested leave between the two noted dates as follows: pick his wife up and drop her off daily at her place of employment, Legends Casino due to inclement weather, attend daily Alcoholics Anonymous (AA) meetings in Yakima, check his mail at the post office in Toppenish daily and go to Safeway in Toppenish for grocery shopping on December 30, 2021.

On January 1, 2022, while reviewing Mr. Roy's daily activities in the B.I. Total Access program, this officer observed Mr. Roy going several places that were not approved by this officer. At approximately 11:06 a.m., Mr. Roy was observed at the Blue Sky Market in Toppenish, Washington. At 11:19 a.m. he was observed at the Branding Iron restaurant in Toppenish, and at 11:23 a.m., he was observed at the Kentucky Friend Chicken (KFC) in Toppenish. These stops were not requested by Mr. Roy when he submitted his schedule to this officer on December 27, 2021.

On January 3, 2022, this officer made telephone contact with Mr. Roy to address the above-noted deviations. Mr. Roy stated he and his wife were looking for somewhere to eat. This officer reminded Mr. Roy deviations to locations other than what he had provided on his schedule are not allowed. Mr. Roy stated "then just put me in jail." This officer reminded him that on December 27, 2021, he provided a schedule, which can include stops in this nature as long has it is on his approved schedule. Mr. Roy continued to state "fine then, if you guys want to put me in jail go ahead" and then hung up the telephone on this officer.

PS-8

Re: Roy, Joseph Leonard
January 3, 2022
Page 2

PRAYING THAT THE COURT WILL ISSUE A SUMMONS AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 01/03/2022 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

_James P. Hutton_
Signature of Judicial Officer

1/3/2022
Date